UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN HALL, JR.,

Plaintiff,

-against-

JHON DOE #1, FISHKILL SUPERVISOR ON 10/16/25 AT 12:01 A.M.; JHON DOE #2, FISHKILL C.O. WHO RESPONDED TO 10/16/25 INCIDENT AT 12:01 A.M.; JANE DOE #1, FISHKILL C.O. 9-1 DORM OFFICER ON 10/16/25 AT 12:01 A.M.; JHON DOE #3 FISHKILL C.O. WHO RESPONDED TO 10/16/25 INCIDENT AT 12:01 A.M.; JHON DOE #4 FISHKILL DENTIST WHO MESSED UP THE FIRST OPERATION ON TOOTH 10/17/25; JANE DOE #2 FISHKILL NURSE WHO SEEN ME AT RRU AFTER INSIDENT ON 10/16/25; JHON DOE #5 FISHKILL C.O. THAT DENIED ME EMERGENCY MEDICAL THE MORNING OF 10/16/25,

Defendants.

**ORDER**

26-CV-5723 (PMH)

PHILIP M. HALPERN, United States District Judge:

On August 12, 2026, the Court directed the New York State Attorney General's Office, which is the attorney for and agent of the New York State Department of Corrections and Community Supervision, to ascertain the identity of each Doe defendant whom Plaintiff seeks to sue here and the address where the Doe defendant may be served, and to file and serve the response to the *Valentin* order within 60 days (i.e., by October 13, 2026).

No response has been filed to date.

Accordingly, the Court extends the time *sua sponte* for the New York State Attorney General's Office to comply with the *Valentin* order, *nunc pro tunc*, to November 20, 2026.

The Clerk of Court is directed to mail a copy of this order to the New York State Attorney General's Office at: 28 Liberty Street, New York, NY 10005.

SO ORDERED.

Dated: White Plains, New York
October 29, 2026

PHILIP M. HALPERN
United States District Judge